Form ntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 08−24116
Chapter: 13
Judge: Susan Pierson Sonderby

In Re:
   Jill Tarby
   fka Jill Johnson
   1169 E 61st Street, 1st Floor
   Chicago, IL 60637

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9685

Employer Tax ID / Other nos.:

---

## NOTICE

To the Debtor(s), Creditors, and other Parties in Interest:

The order dated 04/30/2009, dismissing this Chapter 13 case is hereby VACATED!

FOR THE COURT

Dated: May 15, 2009
                                                  Kenneth S. Gardner , Clerk
                                                  United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kscott                  Page 1 of 2                   Date Rcvd: May 15, 2009
Case: 08-24116                 Form ID: ntc                  Total Served: 51


The following entities were served by first class mail on May 17, 2009.
db          +Jill Tarby,    1169 E 61st Street, 1st Floor,    Chicago, IL 60637-2740
aty         +Peter L Berk,    Law Office of Peter L. Berk,    79 West Monroe,   Suite 900,
              Chicago, IL 60603-4914
12764352    +ARROW FINANCIAL SERVICES, LLC,     c/o Jefferson Capital Systems LLC,    PO BOX 7999,
              SAINT CLOUD MN 56302-7999,    Orig By: HSBC CARD SERVICES (III) INC.
12600332    +American Coradius International LLC,     2420 Sweet Home Rd., Suite 150,    Amherst, NY 14228-2244
12600333    +Arnold Scott Harris PC,    600 W Jackson,    Suite 720,   Chicago, IL 60661-5683
12600334    +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
12600336     Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
12600337    +Blatt Hasenmiller et al.,    125 South Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
12600338    +Brd of Mngers - Univ. Cross. Condmn,     1169 E 61st Street,    Chicago, IL 60637-2740
12600339    +CACH, LLC,    Attention: Bankruptcy Department,    4340 South Monaco St. 2nd Floor,
              Denver, CO 80237-3408
13062435    +CIGPF I CORP,    C/O NCO Financial Systems,Inc,    1804 Washington Blvd,    DEPT500,
              Baltimore,MD 21230-1700
12751836     CitiFinancial Inc,    P.O. Box 140489,    Irving, TX 75014-0489
12600341    +Citifinancial,    Po Box 499,   Hanover, MD 21076-0499
12600342    +Citifinancial,    Attn: Anthony Sears,    605 Munn Road,   Fort Mill, SC 29715-8421
12600343    +City of Chicago,    Department of Revenue,    P.O. Box 88292,   Chicago, IL 60680-1292
12683146    +City of Chicago Department of Revenue,     c/o Arnold Scott Harris PC.,    600 W. Jackson #720,
              Chicago, IL 60661-5683
12600344    +Computer Credit Svc Co,    Po Box 60201,    Chicago, IL 60660-0201
12600345    +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
              Simi Valley, CA 93062-5170
12687369    +Countrywide Home Loans, Inc.,     c/o Pierce & Associates, P.C.,    One North Dearborn, Suite #1300,
              Chicago, Il 60602-4331
12859882    +Deborah L. Beaty, DDS., PC,    c/o Activity Collec Serv Inc.,    664 Milwaukee Avenue,
              Prospect Height, IL 60070-2300
12600346    +Dell Financial Services,    12234 North Ih 35,    Austin, TX 78753-1724
12666836     Dell Financial Services, LLC,    c/o Resurgent Capital Services?,    P.O. Box 10390,
              Greenville, SC 29603-0390
12600347     Full Circle Financial Services,    PO Box 5689,    Clearwater, FL 33758-5689
12600348    +Hyde Park JCC,    Attn: Darnette Solomon,    5200 S Hyde Park Blvd,    Chicago, IL 60615-4213
12600350    +Hyde Park Jcc,    c/o Law Offices of M.H. Cohon,    PO Box 636,   Morton Grove, IL 60053-0636
12600349   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,     Centralized Insolvency Operations,
              PO Box 21126,    Philadelphia, PA 19114)
12726186    +Illinois Student Assistance Commission,     1755 Lake Cook Road,    Deerfield, IL 60015-5209
12600352    +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
12600353    +Nelnet,    Attn: Claims,   Po Box 17460,    Denver, CO 80217-0460
12600354    +Northland Group, Inc.,    P.O. Box 390846,    Edina, MN 55439-0846
12600355    +Northwestern Medical Faculty Fdtn,    Professional Billing Dept.,
              680 North Lake Shore Dr., Ste 1000,     Chicago, IL 60611-8709
12600356    +Oxford Collection Service,    135 Maxess Rd Ste 2A,    Melville, NY 11747-3801
12638461    +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
12932810    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Bank Of America,
              POB 41067,   NORFOLK VA 23541-1067
12600357    +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
12600358    +Pierce and Associates,    1 North Dearborn,    Suite 1300,   Chicago, IL 60602-4331
12600360    +Revenue Production Managment, Inc.,     P.O. Box 830913,   Birmingham, AL 35283-0913
12600361    +Richard Snow, Esq.,    123 W Madison St,    Suite 310,   Chicago, IL 60602-4847
12600362    +SST/cigpf1corp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
12600363    +Target,    Po Box 9475,   Minneapolis, MN 55440-9475
12600364    +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
              Greenville, SC 29603-0467

The following entities were served by electronic transmission on May 16, 2009.
tr          +E-mail/Text: 341NOTICE@TVCH13.NET                            Tom Vaughn,
              200 South Michigan Ste 1300,    Chicago, IL 60604-2429
12600331    +E-mail/PDF: recoverybankruptcy@afninet.com May 16 2009 06:51:38      AFNI, Inc.,
              Attn: DP Recovery Support,    Po Box 3427,   Bloomington, IL 61702-3427
12795650    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          ASSET ACCEPTANCE LLC,
              ASSIGNEE/TARGET,    P O BOX 2036,    WARREN MI 48090-2036
12600335     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          Asset Acceptance LLC,
              PO Box 2039,    Warren, MI 48090-2039
12600340    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 16 2009 06:46:51
              Capital One Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
12629303    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 16 2009 06:46:50
              Capital One Auto Finance, c/o Ascension Capital Gr,     P.O. Box 201347,
              Arlington, TX 76006-1347
13007024     E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12600351    +E-mail/Text: tjordan@mcscol.com                          Medical Collections System,
              725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
12600356    +Fax: 772-465-8421 May 16 2009 00:38:43     Oxford Collection Service,    135 Maxess Rd Ste 2A,
              Melville, NY 11747-3801
12600359    +E-mail/Text: resurgentbknotifications@resurgent.com
              Resurgent Capital Service/Sherman Acq.,    Attention: Bankruptcy Department,    Po Box 10587,
              Greenville, SC 29603-0587
12819660     E-mail/PDF: BNCEmails@blinellc.com May 16 2009 06:47:23      Roundup Funding, LLC,   MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 11
```

```
District/off: 0752-1          User: kscott              Page 2 of 2              Date Rcvd: May 15, 2009
Case: 08-24116                Form ID: ntc              Total Served: 51

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2009**          **Signature:** _Joseph Speetjens_