11/10/2009 14:29    1    CHAPTER 13 TRUSTEE    PAGE 01/01

Case 08-24116   Doc 35   Filed 11/12/09   Entered 11/13/09 06:37:02   Desc Main
                         Document    Page 1 of 1
Case 08-24116   Doc 33-4   Filed 10/21/09   Entered 10/21/09 13:33:34   Desc Proposed
                           Order    Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy No. 08 B 24116 |
| TARBY, JILL, | Chapter 13 |
| | Hon. Susan Pierson Sonderby |
| Debtor. | Date: 11/12/2009 at 9:30 a.m. |

### ORDER

THIS CAUSE COMING before this Court upon Debtor's Motion to Modify Plan, proper notice having been provided, and this Court being fully advised in the Premises,

IT IS HEREBY ORDERED:

1) Paragraph D(1) of the confirmed Plan is modified to reduce the Debtor's Plan payment to the Chapter 13 Trustee to $385 per month.

2) Paragraph E(8) of the confirmed Plan is modified to reduce the minimum dividend to general unsecured creditors to ten (10%) percent.

3) Paragraph 6 of the confirmed Plan is modified to pay the priority claim of the Internal Revenue Service of $6,437.04 in full, without interest.

4) The confirmed Plan is modified to defer the default in Plan payments to the end of the Plan.

All other terms of the confirmed Plan remain the same.

5) Debtor's counsel agrees to file an amended schedule I within 14 days of the entry of this order reflecting disposeable income equal to the $385 plan plan payment.

Date: NOV 12 2009

ENTER: The Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Peter L. Berk, Esq.
Law Office of Peter L. Berk
79 West Monroe, Ste 900
Chicago, IL 60603
(312) 759-2838

Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan